IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES V. EMORY,
    Plaintiff,
     v.

MICHAEL J. ASTRUE
Commissioner of Social Security,
    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2908-TWT

ORDER

This is an action seeking judicial review of a decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending affirming the decision of the Commissioner. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner denying the Plaintiff's application is AFFIRMED.

SO ORDERED, this 8 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Emory\r&r.wpd